NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R.1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-3040-15T1
LEISTRITZ ADVANCED
TECHNOLOGIES CORPORATION,

 Plaintiff-Respondent,

v.

IPCG LLC, a/k/a INTERNATIONAL
PROCUREMENT & CONTRACTING
GROUP, LLC, and SHAKIR
ALKHAFAJI,

 Defendants-Appellants.
_______________________________

 Submitted July 18, 2017 – Decided July 26, 2017

 Before Judges Reisner and Suter.

 On appeal from the Superior Court of New
 Jersey, Law Division, Bergen County, Docket
 No. L-5011-15.

 Klestadt Winters Jureller Southard & Stevens,
 LLP, attorneys for appellants (Tracy L.
 Klestadt and Brendan M. Scott, on the briefs).

 Becker LLC, attorneys for respondent (David
 J. Sprong, on the brief).

PER CURIAM

 The parties have advised us that this matter has been amicably

settled between them and stipulated to the dismissal of this
appeal. Accordingly, the appeal is dismissed with prejudice and

without costs.

 Dismissed.

 2 A-3040-15T1